MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SHEILA A.G. ARMBRUST (CABN 265998)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6961
     FAX: (415) 436-7027
     sheila.armbrust@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:15-mj-70162 JCS |
| Plaintiff, | |
| v. | STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING DATE AND WAIVING TIME UNDER THE SPEEDY TRIAL ACT TO APRIL 24, 2015, |
| ANHKHOA MERICK DANG, | |
| Defendant. | |

With The agreement of the parties, and with the consent of Defendant, the Court enters this order

pursuant to Federal Rule of Criminal Procedure 5.1(d), continuing the preliminary hearing date for

Defendant Anhkhoa Merick Dang to April 24, 2015 at 9:30 a.m. before Magistrate Judge Elizabeth D.

Laporte, the Duty Magistrate Judge.  Counsel for the Defendant believes that postponing the preliminary

hearing is in his client's best interest and that it is not in his client's best interest to present an indictment

before the current March 20, 2015 preliminary hearing date.  The parties agree that, taking into account

the public interest in prompt disposition of criminal cases, good cause exists for this extension.

Accordingly, the parties seek to vacate the currently set preliminary hearing date of March 20, 2015.

STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY
HEARING AND WAIVING TIME UNDER SPEEDY TRIAL ACT

3:15-mj-70162 JCS

1   Defendant also agrees to toll and to waive for this period of time any time limits applicable under

2   Title 18, United States Code, Section 3161.  The parties agree and stipulate that defense counsel needs

3   time to review discovery and that an exclusion of time under the Speedy Trial Act for effective

4   preparation of counsel is warranted pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and

5   (B)(iv).  Undersigned defense counsel represents that he has spoken with his client, and that Defendant

6   agrees to the continuance and to the time tolled and waived as requested.

7

8   IT IS SO STIPULATED

9

10   DATED: March 6, 2015                          Respectfully submitted,

11                                                MELINDA HAAG
                                                 United States Attorney
12
                                          By:      /s/
13                                               SHEILA A.G. ARMBRUST
                                                 Assistant United States Attorney
14

15   DATED: March 6, 2015                          Respectfully submitted,

16
                                                   /s/
17                                                JAI M. GOHEL
                                                  Counsel for Defendant
18

19

20

21
    IT IS SO ORDERED.
22

23   DATED: March 6, 2015

24                                               HONORABLE MARIA-ELENA JAMES
                                                 United States Magistrate Judge
25

26

27

28   STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY
    HEARING AND WAIVING TIME UNDER SPEEDY TRIAL ACT

    3:15-mj-70162 JCS                                2